**Darnell FOREST, Appellant,**

v.

**BARNES–JEWISH HOSPITAL, Appellee.**

No. 06–3168.

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2008.

Filed: Aug. 5, 2008.

Darnell Forest, St. Louis, MO, pro se.

Daniel J. Doetzel, J. Christopher Hesse, Bobroff & Hesse, St. Louis, MO, for Appellee.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

Darnell Forest appeals the district court's[1] adverse grant of summary judg-

ment in his employment-discrimination suit brought under 42 U.S.C. § 1981 and the Age Discrimination in Employment Act. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Forest, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.